IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-01729-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: September 4, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                         *Counsel:*

BANNER REALTY GROUP LTD.,                  Brian Herbert Wilson , Jr.

     Plaintiff,

v.

BLUE RIDGE INVESTMENTS, LTD., *et al.*,        Ryan Mackenzie Jarvis
                                                                              Steven M. Beattie
                                                                              Jeffrey O. McAnallen

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     9:17 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's First MOTION to Amend/Correct/Modify #3 Complaint (Docket No.18, filed on 8/2/2012) and the defendant's BRIEF in Opposition to #18 First MOTION to Amend/Correct/Modify #3 Complaint (Docket No. 21, filed on 8/8/2012).

Discussion between the court and Mr. Wilson regarding how the plaintiff's First MOTION to Amend/Correct/Modify #3 Complaint (Docket No.18, filed on 8/2/2012) will impact moving this case forward.  Mr. Wilson informs the court that he feels that the motion is now moot as a result of the defendant's MOTION to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1), Fed.R.Civ.P. (Docket No. 17, filed on 8/1/2012).  Mr. Wilson makes an oral motion to withdraw the plaintiff's First MOTION to Amend/Correct/Modify #3 Complaint (Docket No.18, filed on 8/2/2012).  The court grants Mr. Wilson's oral motion.

**ORDERED:**   The plaintiff's First MOTION to Amend/Correct/Modify #3 Complaint (Docket No.18, filed on 8/2/2012) shall be **WITHDRAWN**.

Further discussion regarding the defendant's MOTION to Dismiss for Lack of Subject Matter

Jurisdiction Pursuant to Rule 12(b)(1), Fed.R.Civ.P. (Docket No. 17, filed on 8/1/2012) and the plaintiff's RESPONSE to #17 MOTION to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1), Fed.R.Civ.P. (Docket No. 22, filed on 8/22/2012).  Discussion regarding which defendants the plaintiff plans to move forward with in this lawsuit.

**ORDERED:**  The plaintiff shall file its unopposed motion to amend **on or before September 7, 2012**.  The parties shall file their joint motion to remand to state court **no later than September 11, 2012**.  No discovery deadlines shall be set until the motion to remand has been ruled on.

HEARING CONCLUDED.

**Court in recess:**     **9:30 a.m.**
Total time in court:     00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.